

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce W. Caulbe, DVM | Civil Action No.   16cv0777-LAB-BLM |
| **Plaintiff,** | |
| V. | |
| County of San Diego Department of Animal Services; Does 1 through 20 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Animal Services' motion for summary judgment on Cauble's federal claim is granted with prejudice. The Court declines to exercise supplemental jurisdiction over the two remaining state law claims and dismisses them without prejudice.

| | |
|---|---|
| Date:        7/10/17 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ L. Fincher<br>                                           L. Fincher, Deputy |